Jay M. Rosenberg
Texas Bar No. 17269450
**CONLEY ROSENBERG & MENDEZ, LLP**
5080 Spectrum Drive, Suite 850E
Addison, Texas 75001
jmr@crm-lawfirm.com
Phone (972) 364-9700
Fax (972) 713-6480

Attorneys for Sutton 58 Associates, LLC

IN THE UNITED STATES BANKRUPTCY
COURT FOR THE WESTERN DISTRICT
OF TEXAS AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 20-10096 |
| | § | |
| Joseph Beninati | § | CHAPTER 7 |
| | § | |
| Debtor. | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Please take notice that Sutton 58 Associates, LLC, Creditor in the above-captioned and numbered case, pursuant to Bankruptcy Rule 9010, hereby requests that notice of all matters arising in this case of which notice is sent to any creditor, party in interest, creditors' committee or a member of any creditors' committee be sent to Jay M. Rosenberg, CONLEY ROSENBERG & MENDEZ LLP, 5080 Spectrum Drive, Suite 850 E, Addison, Texas 75001, (972) 364-9700 telephone, (972) 713-6480 facsimile and email jmr@crm-lawfirm.com, in accordance with Bankruptcy Rules 2002, 3017, and 9013 and any other Bankruptcy Rules or local rules governing notice.

DATED: January 28, 2020.

Respectfully submitted,

By:    /s/ Jay M. Rosenberg
       Jay M. Rosenberg
       State Bar No. 17269450
       jmr@crm-lawfirm.com
       Phillip J. Conley
       State Bar No. 04666200
       pjc@crm-lawfirm.com

**CONLEY ROSENBERG & MENDEZ, LLP**
5080 Spectrum Drive
Suite 850 E
Addison, Texas 75001
(972) 364-9700
(972) 713-6480 (facsimile)

ATTORNEYS FOR
SUTTON 58 ASSOCIATES, LLC

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing document was served on the parties entitled to receive service through the Court's Electronic Case Filing System and via first class mail, postage prepaid on the parties listed on the service list attached hereto on this 28th day of January, 2020.

                            /s/ Jay M. Rosenberg
                            Jay M. Rosenberg

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-1<br>Case 20-10096-tmd<br>Western District of Texas<br>Austin<br>Wed Jan 22 11:54:49 CST 2020 | U.S. BANKRUPTCY COURT<br>903 SAN JACINTO, SUITE 322<br>AUSTIN, TX 78701-2450 | Ally Bank<br>P.O. Box 78234<br>Phoenix, AZ 85062-8234 |
| Audi Financial Services<br>PO Box 5215<br>Carol Stream, IL 60197-5215 | Bernard D'Orazio<br>Bernard D'Orazio & Associates, PC<br>100 Lafayette Street<br>Suite 601<br>New York, NY 10013-4400 | Constar Financial Services, LLC<br>10400 N. 25th Avenue<br>Suite 100<br>Phoenix, AZ 85021-1610 |
| Daniel Lee<br>57 Gingham Court<br>Irvine, CA 92602-1850 | Eric Goldstein<br>Shipman & Goodwin, LLP<br>One Constitution Plaza<br>Hartford, CT 06103-1919 | Linebarger, Goggan, Blair & Sampson, LLP<br>PO Box 01-1861<br>Miami FL 33101-1861 |
| Longhorn Strategy, LLC<br>100 Congress Avenue<br>Suite 2000<br>Austin, TX 78701-2745 | Meister, Seelig & Fein LLP<br>125 Park Ave<br>7th Floor<br>New York, NY 10017-5627 | (p)MERCEDES BENZ FINANCIAL SERVICES<br>13650 HERITAGE PARKWAY<br>FORT WORTH TX 76177-5323 |
| Other Side Industrial, LLC<br>100 Congress Avenue<br>Suite 2000<br>Austin, TX 78701-2745 | Phillip J. Conley<br>Conley Rosenberg & Mendez LLP<br>5080 Spectrum Drive, Suite 850E<br>Addison, TX 75001-6431 | RB Services Holdings, Inc.<br>100 Congress Avenue<br>Suite 2000<br>Austin, TX 78701-2745 |
| Rhonda Beninati<br>101 Colorado Street<br>Apt. 3605<br>Austin, Texas 78701-4464 | Rhonda Beninati<br>c/o Eric Taube<br>Waller Lansden Dortch & Davis, LLP<br>100 Congress Ave., Suite 1800<br>Austin, TX 78701-4042 | Rhonda Beninati<br>c/o Evan Atkinson<br>Waller Lansden Dortch & Davis LLP<br>100 Congress Ave., Suite 1800<br>Austin, TX 78701-4042 |
| SRA Associates LLC<br>401 Minnetonka Road<br>Hi Nella NJ 08083-2914 | Sutton 58 Associates<br>101 Park Avenue, Suite 2602<br>New York, NY 10178-2697 | The Ashton Austin<br>101 Colorado Street<br>Austin, Texas 78701-4103 |
| United States Trustee - AU12<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450 | (p)VOLKSWAGEN CREDIT UNION<br>1401 FRANKLIN BLVD<br>LIBERTYVILLE IL 60048-4460 | Joseph Paul Beninati<br>100 Congress Avenue<br>Suite 2000<br>Austin, TX 78701-2745 |
| Randolph N Osherow<br>342 W Woodlawn, Suite 100<br>San Antonio, TX 78212-3314 | Raymond W. Battaglia<br>Law Offices of Ray Battaglia, PLLC<br>66 Granburg Circle<br>San Antonio, TX 78218-3010 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Mercedes Benz Financial Services      VW Credit Leasing, Ltd.
PO Box 5209                            1401 Franklin Blvd.
Carol Stream IL 60197                  Libertyville IL 60048
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Christopher Jones                   End of Label Matrix
Address Unknown                        Mailable recipients    25
                                       Bypassed recipients     1
                                       Total                  26
```