AO 435
(Rev. 04/18)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

FOR COURT USE ONLY
DUE DATE:

## TRANSCRIPT ORDER

*Please Read Instructions:*

| | | |
|---|---|---|
| 1. NAME<br>Law Offices of Ray Battaglia, PLLC | 2. PHONE NUMBER<br>(210) 601-9405 | 3. DATE<br>4/28/2020 |
| 4. DELIVERY ADDRESS OR EMAIL<br>rbattaglialaw@outlook.com | 5. CITY<br>San Antonio | 6. STATE  7. ZIP CODE<br>Texas        78218 |
| 8. CASE NUMBER     9. JUDGE<br>20-10096                Davis | DATES OF PROCEEDINGS | |
| | 10. FROM 4/28/2020 | 11. TO 4/28/2020 |
| 12. CASE NAME<br>In re Joseph Beninati | LOCATION OF PROCEEDINGS | |
| | 13. CITY Austin | 14. STATE TX |

15. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [x] BANKRUPTCY
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) | |
| [ ] SENTENCING | | Entire proceeding | 4/28/2020 at 10:00 |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [x] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

FILED 2020 APR 29 AM 7:41 U.S. BANKRUPTCY COURT CLERK BY __ DEPUTY

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges
(deposit plus additional).

ESTIMATE TOTAL  0.00

| 18. SIGNATURE<br>Ray Battaglia | PROCESSED BY Blayne Turner |
|---|---|
| 19. DATE<br>4/28/2020 | PHONE NUMBER 512-916-5237 |
| TRANSCRIPT TO BE PREPARED BY<br>Exceptional Reporting | COURT ADDRESS<br>903 San Jacinto Ste 322<br>Austin TX 78701 |
| ORDER RECEIVED  DATE  BY | |
| DEPOSIT PAID | DEPOSIT PAID |
| TRANSCRIPT ORDERED | TOTAL CHARGES  0.00 |
| TRANSCRIPT RECEIVED | LESS DEPOSIT  0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | TOTAL DUE  0.00 |

DISTRIBUTION:    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY