20-10096-tmd Doc#64 Filed 04/28/20 Entered 04/28/20 11:27:45 Main Document Pg 1 of 1

AO 435
(Rev. 04/18)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

**TRANSCRIPT ORDER**

*Please Read Instructions:*

FOR COURT USE ONLY
DUE DATE:

| 1. NAME<br>Jay H. Ong | 2. PHONE NUMBER<br>(512) 391-6124 | 3. DATE<br>4/28/2020 | |
|---|---|---|---|
| 4. DELIVERY ADDRESS OR EMAIL<br>jong@munsch.com; 1717 West 6th St., Ste 250 | 5. CITY<br>Austin | 6. STATE<br>Texas | 7. ZIP CODE<br>78703 |
| 8. CASE NUMBER<br>20-10096 | 9. JUDGE<br>Davis | DATES OF PROCEEDINGS<br>10. FROM 4/28/2020 | 11. TO 4/28/2020 |
| 12. CASE NAME<br>In re Joseph Beninati | | LOCATION OF PROCEEDINGS<br>13. CITY Austin | 14. STATE TX |

15. ORDER FOR
☐ APPEAL    ☐ CRIMINAL    ☐ CRIMINAL JUSTICE ACT    ☒ BANKRUPTCY
☐ NON-APPEAL ☐ CIVIL      ☐ IN FORMA PAUPERIS       ☐ OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) | |
| ☐ SENTENCING | | Entire proceeding | 4/28/2020 at 10:00 |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☒ | ☐ | NO. OF COPIES | | |
| 3-Day | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

FILED 2020 APR 29 AM 11:08 U.S. BANKRUPTCY COURT CLERK BY DEPUTY

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges
(deposit plus additional).

ESTIMATE TOTAL 0.00

18. SIGNATURE
/s/ Jay H. Ong

19. DATE
4/28/2020

PROCESSED BY Blayne Turner
PHONE NUMBER 512-916-5237
COURT ADDRESS 903 San Jacinto St. 322
Austin TX 78701

TRANSCRIPT TO BE PREPARED BY

| ORDER RECEIVED | DATE | BY | | |
|---|---|---|---|---|
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION:    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY